IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PSHATOIA LAROSE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2242-L-BN** |
| | § | |
| **SEAN COMBS, et al.**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On December 4, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered, recommending that the court **deny** Pshatoia LaRose's ("Plaintiff" or "Ms. LaRose") Motion for Leave to Proceed *In Forma Pauperis* ("Application") (Doc. 4) and **order** her to pay the $405 filing fee within 21 days of this order. No objections have been filed, and the 14-day period to object after service of the Reports has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report as that of the court.

The magistrate judge entered an order "explaining that the verified financial information in the IFP motion prevented a finding that requiring [Ms.] LaRose to pay the $405 filing fee will cause undue financial hardship and requiring that [Ms.] LaRose pay the filing fee by October 10, 2024." Report 1 (citing Doc. 6). Plaintiff filed two motions for reconsideration, which the magistrate judge determined were insufficient for him to determine that paying the filing fee would cause financial hardship. *See* Docs. 9-11. Further, the magistrate judge determined that Plaintiff "earns more than $4,000 per month; that what LaRose brings in per month exceeds what

she spends per month; that the balance of LaRose's checking account exceeds $9,000; and that LaRose owns jewelry valued at $4,800 and a Mercedes Benz." Report 4.

Having considered Plaintiff's pleadings, the file, the record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Ms. LaRose's Application and **orders** her to pay the $405 filing fee by **5:00 p.m.** on **January 8, 2025.** Failure to do so will result in this action being dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute and comply with a court order.

**It is so ordered** this 19th day of December, 2024.

Sam A. Lindsay
United States District Judge