IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PSHATOIA LAROSE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-2242-L-BN** |
| | § | |
| **SEAN COMBS, et al.**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On January 16, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 15) was entered, recommending that the court **dismiss without prejudice** this action filed by Plaintiff Pshatoia LaRose's ("Plaintiff" or "Ms. LaRose") pursuant to Federal Rule of Civil Procedure 41(b). No objections have been filed, and the 14-day period to object after service of the Reports has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report as that of the court.

On January 8, 2025, the court denied Ms. LaRose's Motion for Leave to Proceed *In Forma Pauperis* and ordered her to pay the $405 filing fee within 21 days of the order. Report 2-3 (citing Doc. 14). The court warned Plaintiff that failure to pay the filing fee by the stated deadline would result in the action being dismissed without prejudice. *Id.* at 3 (citing Doc. 14). At the time the Report was filed, more than one week had passed since the deadline set by the court for Plaintiff to pay the filing fee. *Id.* As of today, Plaintiff still has not paid the filing fee. *See* Docs. 1-15.

**Order – Page 1**

The magistrate judge concluded that "[b]y not complying with the [c]ourt's order to pay the filing fee despite being warned that failure would result in dismissal, [Ms.] LaRose has prevented this action from proceeding and has thus failed to prosecute this lawsuit." Report 4. As a result, the magistrate judge recommends that the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow the court's order. *Id.*

Having considered Plaintiff's pleadings, the file, the record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action, pursuant to Rule 41(b), as a result of Plaintiff's failure to prosecute and comply with a court order.

**It is so ordered** this 5th day of February, 2025.

Sam A. Lindsay
United States District Judge